## Linda Anderson

**From:** George Bower <gmbower@gmail.com>
**Sent:** Monday, January 04, 2016 9:18 AM
**To:** Linda Anderson
**Subject:** Re: claim #: 1501sc24000574

Linda,

No there was not. I was not aware, nor made aware, of that requirement prior to the accident.

Thanks,
George

On Jan 4, 2016 8:19 AM, "Linda Anderson" <LAnderson@uihna.com> wrote:

Mr. Bower:

Can you tell me whether or not you ever obtained a registration sticker from the DMV for the golf cart?

*Linda Anderson*

*Casualty Technical Specialist*

**UNIVERSAL**

**Universal North America**

P.O. Box 50908

Sarasota, FL 34232

Toll Free: 888-877-0770 x6579

Fax: 866-465-1759

landerson@uihna.com

www.universalnorthamerica.com

1



EXHIBIT
E



EXHIBIT
G. Bowers 4
2-25-16 PT

*** THIS E-MAIL IS INTENDED ONLY FOR THE ABOVE-NAMED RECIPIENT(S) and may contain information that is privileged, proprietary, non-public, confidential or exempt from disclosure and is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient, please destroy this message, and delete any copies held on your systems, including attachments. Do not disseminate, distribute or copy this communication, by e-mail or otherwise and please notify the sender, or call (941)378-8851 immediately. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. ***