# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | | |
|---|---|---|
| **Universal North America Insurance Company,** | ) | **Case No.: 2:16-cv-00693-CWH** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **George Bower, Danielle T. Bower, Aimee Spencer, Sara Gibbons, and Lacey Gibbons, individually and as parent and natural guardian and legal representaive of Logan Gibbons and Mikelyn Gibbons,** | ) ) ) ) ) ) | **UNIVERSAL NORTH AMERICA INSURANCE COMPANY'S EXPERT DISCLOSURE** |
| | ) | |
| **Defendants.** | ) | |

Defendant hereby identifies the following expert witness as a person the Defendant expects to call as an expert at trial. Defendant further herby certifies that a written report prepared and signed by the identified experts and including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties.

1. **Brian M. Boggess, P.E.**
   **Senior Project Engineer**
   **State of South Carolina**
   **S-E-A**
   **1515 Center Park Drive**
   **Charlotte, NC 28217**
   **704.357.1402**

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

<u>s/Brandon R. Gottschall</u>
William O. Sweeny III, Fed. I.D. No. 4405
Mark V. Gende Fed. I.D. No. 9448
Brandon R. Gottschall Fed. I.D. No. 12201
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
**ATTORNEYS FOR THE PLAINTIFF**

Columbia, South Carolina

May 15, 2017