

I CERTIFY THAT THE MEASUREMENTS SHOWN HEREON ARE CORRECT AND THAT THERE ARE NO ENCROACHMENTS OR PROJECTIONS UNLESS SHOWN.

N
MAG

TMS: 540-00-00-066
TRACT B RIVERTOWNE
COUNTRY CLUB GOLF COURSE
N/F: RIVERTOWNE COUNTRY CLUB, LLC.

TMS: 583-13-00-119
"OPEN SPACE-H.O.A."
N/F: THE ISLES PROPERTY OWNERS
ASSOCIATION, INC.

TMS: 583-13-00-102
LOT 1
N/F: BARBARA ANN KUJANKA

RIVERTOWNE COUNTRY CLUB DRIVE (60' R/W)

PAINTED LOCATION OF GOLF CART

21.0'

CATV
FHYD
EHH
TPED
SIGN
REBAR(F)
LP
WV
WV
WV
REBAR(F)

MMAG(F)

GV

SARAZEN DRIVE (50' R/W)

STOP SIGN

REBAR(F)

REBAR(F)

RIGHT-OF-WAY (TYP)

TMS: 583-13-00-119
"OPEN SPACE-H.O.A."
N/F: THE ISLES PROPERTY OWNERS
ASSOCIATION, INC.

TMS: 583-13-00-118
LOT 17
N/F: TIMOTHY & ELIZABETH JANTZI

EXHIBIT
C

tabbies

## ASBUILT EXHIBIT

SHOWING THE INTERSECTION OF RIVERTOWNE COUNTRY CLUB DRIVE & SARAZEN DRIVE, PHASES 1B1 & 4, PINE ISLES AT RIVERTOWNE COUNTRY CLUB DRIVE, TOWN OF MT. PLEASANT, CHARLESTON COUNTY. PREPARED FOR MAX SPARWASSER LAW FIRM, LLC.

40   20   0   40

SCALE: 1" = 40'

DATE: MAY 13, 2016

REF: PLAT BK. "EE", PG. 388

TMS: AS SHOWN

ALEXANDER C. PEABODY, PLS
PEABODY & ASSOCIATES, INC.
PROFESSIONAL LAND SURVEYING
P.O. BOX 22646, CHARLESTON, SC 29413
OFFICE 843-723-5225  MOBILE 843-270-4847

SOUTH CAROLINA
PEABODY & ASSOCIATES, INC.
No. C3194
CERTIFICATE OF AUTHORIZATION

SOUTH CAROLINA
No. 20194
ALEXANDER C. PEABODY
PROFESSIONAL LAND SURVEYOR

CHARLESTON COUNTY
SOUTH CAROLINA